JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN SCIENTIFIC, INC., a California corporation,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>CORE ONCOLOGY, INC. a Washington corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants/Counter-Claimants. | CASE NO. 2:10-CV-03059-DMG (VBKx)<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL [35]** |
| AND RELATED COUNTER-CLAIMS. | |

GOOD CAUSE APPEARING, the parties' Stipulation of Dismissal is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The First Amended Complaint ("FAC") shall be dismissed, without prejudice, so that the Court may have authority to enforce the terms of the Settlement Agreement, if necessary, through a stipulated judgment.

2. The Counter-claims shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 4, 2011

DOLLY M. GEE
United States District Judge

WEST\223119392.1                    1